IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARGO L. ROYER, :
    Plaintiff, :
v. : Case No. 03:00-cv-290-KRG-KAP
PENNSYLVANIA STATE UNIVERSITY, :
    Defendant :

## MEMORANDUM ORDER

Plaintiff's Motion to Open Judgment, docket no. 60, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72.F.15 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on February 28, 2012, docket no. 62, recommending that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed a document styled "Plaintiff's Amended Brief, etc.," docket no. 63, that can be regarded as objections. The plaintiff does not respond to the Report and Recommendation, but makes new allegations that her first attorney and second attorney in this matter wronged her in various ways.

After de novo review of the record of this matter and the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 20th day of March, 2012, it is

ORDERED that the plaintiff's Motion to Open Judgment, docket no. 60, is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Margo L. Royer
528½ Juniata Street
Dubois, PA 15801